### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stacy Lynn Price                                   CHAPTER 13

                      Debtor(s)

BKY. NO. 23-12572 PMM

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
07 Sep 2023, 13:12:55, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322