**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stacy Lynn Price                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-12572 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                                                           Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
14 Feb 2024, 11:16:11, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322