**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stacy Lynn Price                                    CHAPTER 13
                         Debtor(s)

                                                           BKY. NO. 23-12572 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
14 Feb 2024, 11:16:11, EST

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322

Document ID: 34b125cf6fc56358992cba761ee1e99c90b47ed2adfdb5d105baa6b84a0f3ab9