United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12572-pmm |
| Stacy Lynn Price | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 18, 2024 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | ++++ | STACY LYNN PRICE, 2830 OLD SOUTH PIKE AVE, ALLENTOWN PA 18103-5549 address filed with court:, Stacy Lynn Price, 2830 South Pike Avenue, Allentown, PA 18103 |
| 14810556 | | Achieve Personal Loans, PO Box 2340, Phoenix, AZ 85002-2340 |
| 14813086 | + | CrossCountry Mortgage, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14810564 | | Upstart/Customers Bank, PO Box 612023, Palo Alto, CA 94306 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14810557 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2024 00:08:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14828458 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2024 00:08:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14810558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:12:16 | CitiCards - CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 14866141 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2024 00:08:00 | CrossCountry Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14810559 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 19 2024 00:09:00 | Cross Country Mortgage Inc, 1 Corporate Drive - Ste 360, Lake Zurich, IL 60047 |
| 14828635 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 19 2024 00:09:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14810560 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2024 00:09:00 | IRS, Department of Tresury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14827635 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14810561 | | Email/Text: Unger@Members1st.org | Apr 19 2024 00:09:00 | Members 1st FCU, 5000 MarketPlace Way, Enola, PA 17025-2431 |
| 14822593 | + | Email/Text: Unger@Members1st.org | Apr 19 2024 00:09:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14810562 | + | Email/Text: jaxbanko@td.com | Apr 19 2024 00:08:00 | TD Bank NA, 200 Carolina Pt Pkwy, Greenville, SC 29607-5766 |
| 14818957 | ^ | MEBN | Apr 18 2024 23:59:56 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14810563 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:12:35 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14814268 | + | Email/Text: RASEBN@raslg.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: 155 | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14810565 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 19 2024 00:08:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| | | | Apr 19 2024 00:08:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 14812489 | ^ | MEBN | Apr 18 2024 23:59:15 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14810566 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:29:15 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 14822167 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:29:05 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14814393 | *+ | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Stacy Lynn Price claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CROSSCOUNTRY MORTGAGE  LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Stacy Lynn Price )<br>)<br>)<br>   Debtor(s). )<br>)<br>) | Case No. 23−12572−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 18, 2024　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court