Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-12572-PMM**

Stacy Lynn Price  
2830 South Pike Avenue  
Allentown  PA    18103

Petition Filed Date: 08/29/2023  
341 Hearing Date: 10/24/2023  
Confirmation Date: 04/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | $400.00 | | 09/27/2023 | $400.00 | | 10/18/2023 | $400.00 | |
| 10/27/2023 | $400.00 | | 11/15/2023 | $400.00 | | 11/28/2023 | $400.00 | |
| 12/15/2023 | $400.00 | | 12/28/2023 | $400.00 | | 01/23/2024 | $800.00 | |
| 03/05/2024 | $800.00 | | 04/01/2024 | $689.00 | | 05/01/2024 | $689.00 | |
| 06/03/2024 | $689.00 | | 07/08/2024 | $689.00 | | | | |

**Total Receipts for the Period: $7,556.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,245.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $6,090.58 | $0.00 | $6,090.58 |
| 2 | USAA FEDERAL SAVINGS BANK<br>»» 002 | Unsecured Creditors | $17,392.92 | $0.00 | $17,392.92 |
| 3 | ACHIEVE PERSONAL LOANS<br>»» 003 | Unsecured Creditors | $25,961.81 | $0.00 | $25,961.81 |
| 4 | TD BANK NA<br>»» 004 | Unsecured Creditors | $24,134.96 | $0.00 | $24,134.96 |
| 5 | WELLS FARGO<br>»» 005 | Unsecured Creditors | $10,845.80 | $0.00 | $10,845.80 |
| 6 | MEMBERS 1ST FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $8,458.72 | $4,640.50 | $3,818.22 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $4.88 | $0.00 | $4.88 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $13,854.94 | $0.00 | $13,854.94 |
| 10 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $7,389.29 | $0.00 | $7,389.29 |
| 11 | CROSSCOUNTRY MORTGAGE, LLC<br>»» 010 | Mortgage Arrears | $468.48 | $0.00 | $468.48 |
| 12 | CITICARDS - CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12572-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,245.00 | Current Monthly Payment: | $689.00 |
| Paid to Claims: | $7,428.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $816.50 | Total Plan Base: | $42,006.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.