| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-12572-PMM**

Stacy Lynn Price
2830 South Pike Avenue
Allentown  PA    18103

Petition Filed Date: 08/29/2023
341 Hearing Date: 10/24/2023
Confirmation Date: 04/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $689.00 | | 09/05/2024 | $689.00 | | 10/15/2024 | $689.00 | |
| 11/04/2024 | $689.00 | | 12/06/2024 | $689.00 | | 01/07/2025 | $689.00 | |
| 02/05/2025 | $689.00 | | 03/07/2025 | $689.00 | | 04/07/2025 | $689.00 | |
| 05/06/2025 | $689.00 | | 06/05/2025 | $689.00 | | 07/08/2025 | $689.00 | |

**Total Receipts for the Period: $8,268.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,513.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | UPSTART NETWORK INC »» 001 | Unsecured Creditors | $6,090.58 | $193.12 | $5,897.46 |
| 2 | USAA FEDERAL SAVINGS BANK »» 002 | Unsecured Creditors | $17,392.92 | $551.52 | $16,841.40 |
| 3 | ACHIEVE PERSONAL LOANS »» 003 | Unsecured Creditors | $25,961.81 | $823.20 | $25,138.61 |
| 4 | TD BANK NA »» 004 | Unsecured Creditors | $24,134.96 | $765.30 | $23,369.66 |
| 5 | WELLS FARGO BANK NA »» 005 | Unsecured Creditors | $10,845.80 | $343.92 | $10,501.88 |
| 6 | MEMBERS 1ST FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $8,458.72 | $8,458.72 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $4.88 | $0.00 | $4.88 |
| 9 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $13,854.94 | $439.33 | $13,415.61 |
| 10 | BANK OF AMERICA NA »» 009 | Unsecured Creditors | $7,389.29 | $234.32 | $7,154.97 |
| 11 | CROSSCOUNTRY MORTGAGE, LLC »» 010 | Mortgage Arrears | $468.48 | $468.48 | $0.00 |
| 12 | CITICARDS - CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12572-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,513.00 | Current Monthly Payment: | $689.00 |
| Paid to Claims: | $15,065.91 | Arrearages: | $689.00 |
| Paid to Trustee: | $1,446.96 | Total Plan Base: | $42,006.00 |
| Funds on Hand: | $0.13 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.