Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Stacy Lynn Price
2830 South Pike Avenue
Allentown, PA 18103

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-12572-PMM**

Petition Filed Date: 08/29/2023
341 Hearing Date: 10/24/2023
Confirmation Date: 04/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | $689.00 | | 09/09/2025 | $689.00 | | 10/06/2025 | $689.00 | |
| 11/05/2025 | $689.00 | | 12/08/2025 | $689.00 | | 01/06/2026 | $689.00 | |
| 02/05/2026 | $689.00 | | 03/09/2026 | $689.00 | | 04/06/2026 | $689.00 | |
| 05/11/2026 | $689.00 | | 06/05/2026 | $689.00 | | 07/06/2026 | $689.00 | |

**Total Receipts for the Period: $8,268.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $24,781.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $6,090.58 | $633.79 | $5,456.79 |
| 2 | USAA FEDERAL SAVINGS BANK<br>»» 002 | Unsecured Creditors | $17,392.92 | $1,810.05 | $15,582.87 |
| 3 | ACHIEVE PERSONAL LOANS<br>»» 003 | Unsecured Creditors | $25,961.81 | $2,701.79 | $23,260.02 |
| 4 | TD BANK NA<br>»» 004 | Unsecured Creditors | $24,134.96 | $2,511.65 | $21,623.31 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Unsecured Creditors | $10,845.80 | $1,128.71 | $9,717.09 |
| 6 | MEMBERS 1ST FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $8,458.72 | $8,458.72 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $4.88 | $0.00 | $4.88 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $13,854.94 | $1,441.87 | $12,413.07 |
| 10 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $7,389.29 | $769.02 | $6,620.27 |
| 11 | CROSSCOUNTRY MORTGAGE, LLC<br>»» 010 | Mortgage Arrears | $468.48 | $468.48 | $0.00 |
| 12 | CITICARDS - CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12572-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,781.00 | Current Monthly Payment: | $689.00 |
| Paid to Claims: | $22,712.08 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,068.41 | Total Plan Base: | $42,006.00 |
| Funds on Hand: | $0.51 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.